1

2

3

4

5

6

7

8

9       UNITED STATES DISTRICT COURT

10      CENTRAL DISTRICT OF CALIFORNIA

11

12  ANDRE DESHAWN PICKENS,        )        Case No. CV 06-5297 JFW(JC)
                                  )
13              Petitioner,       )        JUDGMENT
                                  )
14          v.                    )
                                  )
15  LEANN CHRONES, Warden,        )
                                  )
16                                )
                Respondent.       )
17  _____  )

18

19          Pursuant to this Court's Order Adopting Findings, Conclusions and

20  Recommendations of United States Magistrate Judge,

21          IT IS ADJUDGED that the operative First Amended Petition for Writ of

22  Habeas Corpus is denied and this action is dismissed with prejudice.

23

24          DATED:  December 22, 2010

25

26          _____
                                John F. Walter
27          HONORABLE JOHN F. WALTER
            UNITED STATES DISTRICT JUDGE

28